UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |  |
|---|---|---|
| **HOWARD COHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 6:22-cv-1568-PGB-DCI** |
| | ) | |
| **PHVIF II – PHVIF III ORLANDO,** | ) | |
| **LLC d/b/a HILTON GARDEN INN/** | ) | |
| **HOME2 SUITES ORLANDO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, PHVIF II – PHVIF III

ORLANDO, LLC d/b/a HILTON GARDEN INN/HOME2 SUITES ORLANDO,

through their undersigned counsel and pursuant to Local Rule 3.08(a), M.D.

Fla., notify the Court that the parties have reached a settlement of all claims in

this matter.  Upon finalization of the settlement documents, the parties will file a

Joint Stipulation for Dismissal with Prejudice.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 18th day of October, 2022.

Respectfully submitted,

| | |
|---|---|
| Weiss Law Group, P.A. | JACKSON LEWIS P.C. |
| 5531 N. University Drive, Suite 103, | 390 North Orange Avenue, Suite 1285 |
| Coral Springs, FL 33067 | Orlando, Florida 32801 |
| Telephone: (954) 573-2800 | Telephone: (407) 246-8440 |
| Facsimile: (954) 573-2798 | Facsimile: (407) 246-8441 |

By:  */s/ Jason S. Weiss*          By:  */s/ Alicia M. Chiu*

      Jason S. Weiss             Alicia M. Chiu

      Florida Bar #: 356890     Florida Bar No. 0058366

      jason@jswlawyer.com     alicia.chiu@jacksonlewis.com

Attorneys for Plaintiff          Attorneys for Defendant

4862-7846-1242, v. 1

2